**Wilfredo Gonzalez LORA, Plaintiff–Appellant,**

v.

**Thomas M. HOLLENHORST, Assistant United States Attorney for the Eastern District of Virginia, in his official and personal capacities; Robert Trent, Immigration and Naturalization Service's Officer, in his official and personal capacities; Jim Trusty, State Attorney for Montgomery County, Maryland, in his official and personal capacities; Alan B. Soschin, Attorney At Law, in his official and personal capacities, Defendants–Appellees.**

No. 03–6079.

United States Court of Appeals,
Fourth Circuit.

Submitted April 10, 2003.

Decided April 29, 2003.

Wilfredo Gonzalez Lora, Appellant Pro
Se.

Before TRAXLER, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Wilfredo Gonzalez Lora appeals the district court's orders denying relief on his *Bivens** complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000), and denying his motion filed under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lora v. Hollenhorst,* No. CA–02–757–2 (E.D. Va. Sept. 30, 2002; Dec. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).